No. 469. GRAND ISLAND AND WYOMING CENTRAL RAILROAD COMPANY *v.* SWEENEY. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Motions to dismiss or affirm submitted May 13, 1901. Decided May 20, 1901. *Per Curiam.* Dismissed for the want of jurisdiction. *Mr. Charles W. Brown* for the motions. *Mr. Charles F. Maderson* and *Mr. N. K. Griggs* opposing.

---

No. 389. NORDSTROM *v.* STATE OF WASHINGTON. Error to the Supreme Court of the State of Washington. Motions to dismiss or affirm submitted May 27, 1901. Decided May 28, 1901. *Per Curiam.* Judgment affirmed, with costs, on the authority of *Nobles* v. *Georgia,* 168 U. S. 398; *Nordstrom* v. *Van de Vanter,* 181 U. S. 616, and cases cited. *Mr. Walter S. Fulton* and *Mr. Frank B. Crosthwaite* for the motions. *Mr. James Hamilton Lewis* opposing.

---

*Decisions on Petitions for Writs of Certiorari.*

---

No. 606. BOARD OF LIQUIDATION OF THE CITY DEBT OF NEW ORLEANS *v.* UNITED STATES *ex rel.* WARNER. Fifth Circuit. Denied April 8, 1901. (Mr. Justice White and Mr. Justice Peckham took no part in the consideration and disposition of this application.) *Mr. Branch K. Miller* for the petitioner. *Mr. Richard DeGray,* *Mr. J. D. Rouse, Mr. Wm. Grant* and *Mr. H. M. Jordan* opposing.